PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Raymond Levett      Cr.: 18-00694-001
                                                                                                      PACTS #: 5857853

Name of Sentencing Judicial Officer:    THE HONORABLE ESTHER SALAS
                                                          UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 08/16/2019

Original Offense:     Unlawful Transport of Firearms - Etc., 18 U.S.C., Section 922(g)(1)

Original Sentence: 37 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Drug Treatment, Life Skills Counseling, Education/Training Requirements, Mental Health Treatment, Other Condition, Support Dependents, Other Financial Obligation

Type of Supervision: Supervised Release                   Date Supervision Commenced: 10/26/2021

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                   The individual under supervision has violated the mandatory supervision condition which states **'You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.'**

                      On November 1, 2021, Levett admitted to using marijuana and ecstasy on October 28, 2021.

Prob 12A – page 2
Raymond Levett

U.S. Probation Officer Action:

Levett has been referred to the Oaks Integrated Care to be evaluated for mental health and substance abuse treatment. Additionally, this officer has verbally reprimanded the offender and will increase our interactions and urine testing.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Kevin P. Egli*

By:   KEVIN P. EGLI
      Sr. U.S. Probation Officer

/ kpe

APPROVED:

Digitally signed by Luis R. Gonzalez
Date: 2021.11.23 12:32:07 -05'00'

LUIS R. GONZALEZ                 Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

November 23, 2021
Date